**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:19-cv-00691-RJC**
**(3:06-cr-00006-RJC-1)**

| | | |
|---|---|---|
| JIMMY ALONZO WRIGHT, | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Petitioner's motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a).  [Doc. 25].

In December 2019, Petitioner Jimmy Alonzo Wright ("Petitioner") filed a habeas petition pursuant to 28 U.S.C. § 2241, seeking relief through the savings clause in 28 U.S.C. § 2255(e), because § 2255 was inadequate or ineffective to test the legality of his sentence.  [Doc. 1].  This Court dismissed Petitioner's petition, holding that it lacked jurisdiction. [Doc. 9].  On May 11, 2022, however, the Fourth Circuit vacated and remanded the case for this Court to adjudicate Petitioner's § 2241 petition on the merits.  [Doc. 14].  The matter was promptly stayed pending the Supreme Court's decision in Jones v. Hendrix, No. 21-857.  [Doc. 23].  Hendrix was recently decided in a manner inconsistent with the relief sought by Petitioner and the Court ordered Petitioner to file a supplemental memorandum explaining how he is still entitled to relief or to dismiss this action.  [Doc. 24].

Petitioner now moves the Court to dismiss his habeas petition pursuant to Rule 41(a) of the Federal Rules of Civil Procedure in light of the Supreme Court's decision in Hendrix.  [Doc. 25].

Petitioner states that the Government consents to dismissal. [Id.]. The Court will grant Plaintiff's motion to dismiss. Fed. R. Civ. P. 41(a).

IT IS THEREFORE ORDERED that Plaintiff's motion to voluntarily dismiss his petition for relief under 28 U.S.C. § 2241 [Doc. 25] is GRANTED.

The Clerk is respectfully instructed to terminate this action.

Signed: July 25, 2023

Robert J. Conrad, Jr.
United States District Judge

2